# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:20-cr-00050-KDB-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HEATHER RENEE ARNOLD, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Seal (the "Motion"). (Doc. No. 104). Defendant seeks to seal her Motion for Reduced Sentence Under Amendment 821, including briefing and exhibits (the "Motion for Reduced Sentence") (Doc. Nos. 103, 103-1, & 103-2). The Court grants in part and denies in part the Motion.

Having carefully reviewed the record and the applicable law, the Court finds that certain portions of the Motion for Reduced Sentence, including exhibits, may be properly sealed under the Court's Local Rules due to certain personal and confidential information therein. However, the Court concludes that parts of the Motion for Reduced Sentence that Defendant requests to seal are not appropriate for sealing, including, for example, discussion of the Sentencing Commission's Amendment 821 and applicable case law, and that sealing the Motion for Reduced Sentence in its entirety is not warranted here. See LCrR 49.1.1 ("To further openness in criminal case proceedings, there is a presumption under applicable common law and the First Amendment that pleadings filed in this Court will be filed unsealed."); see also Press-Enter. Co. v. Super. Ct. of Cal., 478 U.S. 1, 9 (1986). Accordingly, the Court will order Defendant to file an unsealed, but redacted version of the Motion for Reduced Sentence and supporting briefing for the public record,

including Exhibit 1. Exhibit 2 attached to the Motion for Reduced Sentence (Doc. No. 103-2) may remain under seal in its entirety.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Seal (Doc. No. 104) is **GRANTED IN PART** and **DENIED IN PART**. Within fourteen days of this Order, Defendant shall file an unsealed, redacted version of her sealed Motion for Reduced Sentence as set forth herein.

**SO ORDERED**.

Signed: November 29, 2023

Susan C. Rodriguez
United States Magistrate Judge