# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) Case No: 5:20-cr-50 |
| Heather Renee Arnold | ) |
| | ) USM No: 02537-509 |
| Date of Original Judgment: 4/21/2021 | ) |
| Date of Previous Amended Judgment: | ) Joshua Carpenter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  78  months **is reduced to**  62 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  4/21/2021  shall remain in effect.
**IT IS SO ORDERED**.

Signed: December 1, 2023

Kenneth D. Bell
United States District Judge

Effective Date:  February 1, 2024
*(if different from order date)*   *Printed name and title*